Jones v Town of Carroll (2024 NY Slip Op 03316)

Jones v Town of Carroll

2024 NY Slip Op 03316

Decided on June 14, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 14, 2024

PRESENT: WHALEN, P.J., BANNISTER, MONTOUR, OGDEN, AND DELCONTE, JJ. (Filed June 14, 2024.) 

MOTION NO. (151/24) CA 23-00120.

[*1]CAROL L. JONES, INDIVIDUALLY AND AS EXECUTOR OF THE ESTATE OF DONALD J. JONES, DECEASED, JONES-CARROLL, INC., AND SEALAND WASTE LLC, PLAINTIFFS-APPELLANTS,
v
TOWN OF CARROLL AND TOWN BOARD OF TOWN OF CARROLL, DEFENDANTS-RESPONDENTS.

MEMORANDUM AND ORDER
Motion for leave to appeal to the Court of Appeals denied.